No. 85–195.   ICICLE SEAFOODS, INC. *v.* WORTHINGTON ET AL.
C. A. 9th Cir.   [Certiorari granted, *ante*, p. 900.]   Motion of
petitioner to dispense with printing the joint appendix granted.

No. 85–246.   UNITED STATES *v.* DION.   C. A. 8th Cir.   [Certiorari granted, *ante*, p. 900.]   Motion for appointment of counsel granted, and it is ordered that Terry L. Pechota, Esquire, of
Rapid City, S. D., be appointed to serve as counsel for respondent
in this case.

No. 85–441.   ROBERTS, COMMISSIONER OF LABOR OF THE
STATE OF NEW YORK *v.* BURLINGTON INDUSTRIES, INC.; and

No. 85–460.   GILBERT ET AL. *v.* BURLINGTON INDUSTRIES,
INC.   Appeals from C. A. 2d Cir.   The Solicitor General is invited to file a brief in these cases expressing the views of the
United States.

No. 85–5434.   IN RE SMITH-BEY; and

No. 85–5443.   IN RE JACKSON.   Petitions for writs of mandamus denied.

No. 85–488.   OHIO CIVIL RIGHTS COMMISSION ET AL. *v.* DAYTON CHRISTIAN SCHOOLS, INC., ET AL.   Appeal from C. A. 6th
Cir.   Further consideration of question of jurisdiction postponed
to hearing of case on the merits.

No. 85–434.   UNITED STATES *v.* JAMES ET AL.   C. A. 5th Cir.
Certiorari granted.

No. 85–437.   ARCARA, DISTRICT ATTORNEY OF ERIE COUNTY
*v.* CLOUD BOOKS, INC., DBA VILLAGE BOOK & NEWS STORE, ET
AL.   Ct. App. N. Y.   Certiorari granted.

No. 85–519.   RANDALL ET AL. *v.* LOFTSGAARDEN ET AL.
C. A. 8th Cir.   Certiorari granted.

No. 85–93.   BAZEMORE ET AL. *v.* FRIDAY ET AL.; and

No. 85–428.   UNITED STATES ET AL. *v.* FRIDAY ET AL.   C. A.
4th Cir.   Certiorari granted, cases consolidated, and a total of one
hour allotted for oral argument.   Reported below: 751 F. 2d 662.